ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>IQWAL SINGH BAHIA,<br>Defendant. | CASE NO. 2:26-MJ-0121-SCR<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: November 12, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ADRIAN T. KINSELLA, and defendant Iqwal Singh Bahia, both individually and by and through his counsel of record, Christopher Cosca, hereby stipulate as follows:

1. The Complaint in this case was filed on August 5, 2026, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on August 11, 2026.

2. This matter is currently set for a preliminary hearing on November 12, 2026. ECF No. 17.

3. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to December 11, 2026, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, including to review the pre-indictment discovery recently provided by the government, and for the government's continuing investigation of the case.

The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between November 12, 2026, and December 11, 2026, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: November 10, 2026

ERIC GRANT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: November 10, 2026

/s/ CHRISTOPHER COSCA
CHRISTOPHER COSCA
Counsel for Defendant
IQWAL SINGH BAHIA

ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IQWAL SINGH BAHIA,<br><br>Defendants. | CASE NO. 2:26-MJ-0121-SCR<br><br>[~~PROPOSED~~] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: November 12, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on November 10, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to December 11, 2026, at 2:00 p.m.

2. The time between November 12, 2026, and December 11, 2026, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: November 12, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE